1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JEAN FUNDAKOWSKI (CABN 328796)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
7       FAX: (415) 436-7234
        Email: Jean.Fundakowski@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 3:25-MJ-71442 MAG |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Charging District's Case No: 1:25-MJ-00064 SKO |
| CASHMIR CHINEDU LUKE, AKA CHINEDU CASHMIRE OSUAGWU, AKA CASHMER C. OSUAGWU | ) ) ) ) | |
| Defendant. | ) ) ) | |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Eastern District of California. The defendant may need an interpreter for this language: N/A.

The defendant:           ( ) will retain an attorney

                         (X) is requesting court-appointed counsel.


IT IS ORDERED: The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that

1 district, or to another officer authorized to receive the defendant, for arraignment and a status conference
2 on the preliminary hearing before Magistrate Judge Stanley A. Boone on December 17, 2025 at 2:00
3 p.m., or as soon as possible thereafter.  The Marshal or officer of the charging district should
4 immediately notify the United States Attorney and the Clerk of Court for that district of the defendant's
5 arrival so that further proceedings may be promptly scheduled.

      IT IS SO ORDERED.

DATED:     December 11, 2025

                                                HONORABLE THOMAS S. HIXSON
                                                United States Magistrate Judge